No. 7,297.—CHARLES N. BURGESS, Respondent, v. W. D. LASBY et al., Appellants.

Decided June 2, 1934.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, for the reason that appellants, while filing notice of appeal on February 19, 1934, have failed to file a transcript on appeal within the time allowed by the Rules of this court, is sustained and the appeal is ordered dismissed.

*Mr. Fred W. Schmitz* and *Messrs. Toomey & McFarland*, for Respondent.

No. 7,324.—INDUSTRIAL ACCIDENT BOARD, Appellant, v. JOSEPH D. NEVILLE et al., Respondents.

Decided July 14, 1934.

PER CURIAM.—Appellant's motion to dismiss its appeal herein is sustained, and the appeal is ordered dismissed.

*Mr. Raymond T. Nagle*, Attorney General, and *Mr. C. J. Dousman*, Assistant Attorney General, for Appellant.